UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

In the Matter of

CARLTON SILAS,
            Plaintiff,
 v.

CHICAGO POLICE OFFICERS GRAYLIN WATSON, Star #8250, et al.
            Defendants.

No. 16 CV 8349

Judge Sara L. Ellis

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants, OFFICERS GRAYLIN WATSON, STAR #8250, OFFICER ANDREW NEBERIEZA, STAR #11129; AISHA KNIGHT, STAR #7709, DARRYL EDWARDS, STAR # 19970, OMAR GOMEZ-FARRINGTON, STAR #5425, NICHOLAUS LESCH, STAR #13061 and MATTHEW BOUCH, STAR #10723**

| |
|---|
| **SIGNATURE**<br>/s/Megan K. Monaghan |
| **FIRM**<br>Querrey & Harrow, Ltd. |
| **STREET ADDRESS**<br>175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP**<br>Chicago, IL 60604 |

| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6313530 | **TELEPHONE NUMBER**<br>312/540-7000 |
|---|---|

| | | | |
|---|---|---|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?** | YES | | NO X |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?** | YES | | NO X |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?** | YES | | NO X |

| |
|---|
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>YES X   NO |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL**                        **APPOINTED COUNSEL** |