IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLTON SILAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   16 cv 8349 |
| | ) | |
| v. | ) | JUDGE SARA L. ELLIS |
| | ) | |
| CHICAGO POLICE OFFICERS GRAYLIN WATSON, STAR #8250; ANDREW NEBERIEZA, STAR #11129; AISHA KNIGHT, STAR #7709; DARRYL EDWARDS, STAR #19970; OMAR GOMEZ FARRINGTO, STAR #5425; NICHOLAUS LESCH, STAR #13061; MATTHEW BOUCH, STAR #10723; GLENN EVANS, STAR #443; and THE CITY OF CHICAGO, a Municipal Corporation, | ) ) ) ) ) ) ) ) ) | MAGISTRATE SCHENKIER |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated and agreed to by Plaintiff Carlton Silas and Defendant Glenn Evans, through their respective attorneys, that Plaintiff hereby dismisses Glenn Evans from this action with prejudice and with each side bearing its own fees and costs.

Respectfully submitted,

/s/ Jeffrey J. Neslund
/s/ Michael D. Robbins
Jeffrey J. Neslund
Michael D. Robbins
Attorneys for Plaintiff
20 N. Wacker Drive, Suite 3710
Chicago, IL 60606
(312) 223-1100
(312) 899-8000

/s/ Kenneth Battle
Kenneth Battle
Attorney for Defendant Evans
Hickey, O'Connor & Battle, LLP
20 N. Clark Street, Suite 1600
Chicago, IL 60602
(312) 422-4914
(312) 422-9400

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing Stipulation to Dismiss, upon all attorneys of record, via EM/ECF filing system on January 19, 2018.

Respectfully submitted,


/s/ Jeffrey J. Neslund
Jeffrey J. Neslund